939

No. 711. CONSOLIDATED ENGINEERING CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *James B. Christie* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter* and *William W. Ross* for the United States.

No. 717. WOOD, DOING BUSINESS AS 53RD STREET SUBWAY LIQUOR STORE, *v.* O'GRADY ET AL. Court of Appeals of New York. Certiorari denied. *Julius Kass* for petitioner. *Jacob Friedberg* and *Morris P. Glushien* for respondents.

No. 719. NILES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 720. SCHNACKENBERG *v.* TOWLE. Supreme Court of Illinois. Certiorari denied. *George E. Hale* for petitioner. *John E. Cassidy* for respondent.

No. 726. WATTS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Sumner M. Redstone, H. D. Reed* and *Frank A. Bruno* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Harold S. Larsen* for the United States.

No. 730. ALKER *v.* FIDELITY-PHILADELPHIA TRUST CO., TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied. *A. D. Bruce, Harry J. Alker, Jr.* and *Francis E. Walter* for